UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ANNIE DOE | ) | Civ. No. _____ |
| PLAINTIFF | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| COLLEGE OF MOUNT SAINT VINCENT | ) | |
| | | |
| DEFENDANT | ) | |

## ORDER RE: MOTION TO PROCEED BY PSEUDONYM

The Court, having reviewed the Plaintiff's Ex Parte Motion to Proceed by Pseudonym, the Plaintiff's memorandum of law in support of her motion and any opposition thereto, the pleadings and papers filed herein, and upon any such other matters as may be presented to the Court at the time of the hearing on this motion, if any,

Hereby GRANTS the Plaintiff's Motion to Proceed by Pseudonym as follows: Plaintiff shall be referred to as **"ANNIE DOE"** in the above-captioned matter. Copies of the original complaint and unredacted supporting documentation and accompanying filings in this action shall be filed under seal.

Dated September 8, 2020.

United States District Judge