```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ANNIE DOE,                                           :
                                                     :
                            Plaintiff.               :         20-CV-7316 (VEC)
                                                     :
             -against-                               :         ORDER
                                                     :
                                                     :
COLLEGE OF MOUNT SAINT VINCENT,                      :
                                                     :
                            Defendant.               :
-------------------------------------------------------------------X

**VALERIE CAPRONI**, United States District Judge:

**WHEREAS** both parties have called the Court multiple times to inquire about the hearing scheduled for September 17, 2020;

**IT IS HEREBY ORDERED** that the Court will hold a teleconference for the parties' counsel on **September 15, 2020, at 4:00 p.m.**  The parties may dial-in to the proceeding using (888) 363-4749 // Access code: 3121171# // Security code: 7316#.


SO ORDERED:

Dated:  New York, New York
        September 15, 2020                        _____
                                                        VALERIE CAPRONI
                                                        United States District Judge