**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ANNIE DOE, | Civil Action No. 20-CIV-7316 (VEC) |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| COLLEGE OF MOUNT SAINT VINCENT, | |
| Defendant. | |

---

IT IS HEREBY STIPULATED by and between counsel for the parties in the above-referenced matter that the Complaint is hereby withdrawn in its entirety and the action and all claims asserted therein are hereby voluntarily dismissed with prejudice. All parties shall bear their own costs and fees.

| | |
|---|---|
| LAW OFFICES OF HAROLD BURKE | BOND SCHOENECK & KING PLLC |
| _[signature]_ | _[signature]_ |
| Harold R. Burke | Gregory B. Reilly |
| P.O. Box 4078 | 600 Third Avenue |
| Greenwich, CT 06831 | 22nd Floor |
| (203)219-2301 | New York, NY 10016 |
| *Attorneys for Plaintiff* | (646) 253-2300 |
| | *Attorneys for Defendant* |